UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN EDWARD LAW,

                Plaintiff,

   v.

KURT STENDER, et al.,

                Defendants.

Case No. C23-5313-JHC-SKV

REPORT AND RECOMMENDATION

       Plaintiff is currently in custody at Pierce County Jail and proceeds *pro se* in this 42 U.S.C. § 1983 civil rights action. On April 10, 2023, Plaintiff filed a proposed § 1983 civil rights complaint. *See* Dkt. 1. Plaintiff did not apply to proceed *in forma pauperis* (IFP) and did not pay the filing fee. On April 13, 2023, the Court mailed Plaintiff a letter informing him that in order to proceed with this action, he would need to pay the filing fee or apply for IFP status by May 15, 2023. Dkt. 4. The letter further informed Plaintiff that his failure to comply with its directive may result in dismissal of this action. *Id.*

       To date, Plaintiff has failed to pay the filing fee or apply to proceed IFP. Given this, the Court recommends dismissal of this action without prejudice. A proposed Order of Dismissal accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

1  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
2  served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report
3  and Recommendation is signed.  Failure to file objections within the specified time may affect
4  your right to appeal.  Objections should be noted for consideration on the District Judge's
5  motions calendar for the third Friday after they are filed.  If no timely objections are filed, the
6  matter will be ready for consideration by the District Judge on **June 16, 2023**.

7  Dated this 23rd day of May, 2023.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2